

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-17-00077-CV

**ELECTRO SALES AND SERVICES, INC**. and Salim Merchant,
Appellants

v.

**CITY OF TERRELL HILLS**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-19821
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On March 14, 2018, this court issued its opinion and judgment. The due date for a motion for rehearing was March 29, 2018.

On April 2, 2018, Appellant Salim Merchant, acting pro se on behalf of himself and Electro Sales and Service Inc., filed a first motion for extension of time to file a motion for rehearing until May 13, 2018. *See* TEX. R. APP. P. 49.1, 49.8.

Appellants' motion is GRANTED. Appellants' motion for rehearing is due to be filed with this court by May 12, 2018.

Although "a document filed in court by a non-attorney purportedly on behalf of a corporation . . . may be effective for certain purposes," *Rabb Int'l, Inc. v. SHL Thai Food Serv., LLC*, 346 S.W.3d 208, 210 (Tex. App.—Houston [14th Dist.] 2011, no pet.), we caution Appellants that "[c]orporations appearing in court may be represented only by a licensed attorney. A corporation that attempts to thwart this rule and have a non-attorney represent the corporation does so at its peril," *id.* at 211 (citation omitted); *see Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) ("Generally a corporation may be represented only by a licensed attorney . . . ."); *Sherman v. Boston*, 486 S.W.3d 88, 98 (Tex. App.—Houston [14th Dist.] 2016, pet. denied) ("[A] non-attorney representative cannot appear for a [corporation] or present a case on its behalf. An attempt to do so has no legal effect." (citation omitted)).

_____

Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.



_____

KEITH E. HOTTLE,
Clerk of Court